Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRINE ADEL AL SAMARRAI and
ADEL A AL SAMARRAI,

                           Plaintiffs,

       v.

ALBERTO R. GONZALES, et al.,

                          Defendants.

No. C07-01019-JPD

JOINT STIPULATION AND ORDER
TO HOLD CASE IN ABEYANCE

(Note on Motion Calendar Today, Pursuant
To Local Rule 7(d)(1))

## STIPULATION

This case is a Complaint to compel U.S. Citizenship and Immigration Services ("CIS") and/or the Federal Bureau of Investigation ("FBI") to take action on Plaintiffs' outstanding applications for immigration benefits (Dkt. #1). The Joint Status Report is presently due on August 20, 2007 (Dkt. #4), and the Government's answer or responsive pleading to the Complaint is presently due on or about September 4, 2007. Plaintiffs are at liberty.

Subsequent to filing and service of the Complaint, the parties have conferred through their counsel. The parties are in agreement that CIS and/or the FBI are now taking action on the underlying applications, and there is a likelihood that the ongoing administrative action may moot this lawsuit.

JOINT STIPULATION AND ORDER
TO HOLD CASE IN ABEYANCE – 1
(C07-01019-JPD)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1     Therefore, the parties HEREBY STIPULATE AND AGREE that this case be held in
2 abeyance for approximately two months to allow the ongoing administrative action to proceed.
3 Accordingly, the parties further STIPULATE AND AGREE, AND JOINTLY REQUEST, that
4 the Court extend the due-date for the Joint Status Report to October 22, 2007, and extend the
5 due-date for the Government's answer or responsive pleading, or for filing of appropriate
6 dismissal documents to November 5, 2007.

    Dated this 9th day of August, 2007.

JEFFREY C. SULLIVAN                                LAW OFFICES OF BART KLEIN
United States Attorney

| | |
|---|---|
| s/ Kristin B. Johnson | s/ Bart Klein |
| KRISTIN B. JOHNSON, WSBA #28189 | BART KLEIN, WSBA #10909 |
| Assistant United States Attorney | Law Offices of Bart Klein |
| United States Attorney's Office | 605 First Avenue, Suite 500 |
| 700 Stewart Street, Suite 5220 | Seattle, WA 98104 |
| Seattle, WA 98101-1271 | Phone: 206-624-3787 |
| Phone: 206-553-7970 | Fax: 206-624-6371 |
| Fax: 206-553-4067 | Email: bklein@bartklein.com |
| Email: kristin.b.johnson@usdoj.gov | Attorneys for Plaintiff |
| Attorneys for Defendants | |

## **ORDER**

    The parties having so stipulated, the above is SO ORDERED. The Clerk is directed to send copies of this Order to all counsel of record.

    DATED this 13th day of August, 2007.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

JOINT STIPULATION AND ORDER
TO HOLD CASE IN ABEYANCE – 2
(C07-01019-JPD)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970