Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEL A AL SAMARRAI

                Plaintiff,

    v.

ALBERTO R. GONZALES, et al.,

                Defendants.

No. C07-01019-RSM

JOINT STIPULATION AND ORDER TO CONTINUE DEFENDANTS' RESPONSE DATE

    WHEREAS the Court issued a Case Scheduling Order on November 1, 2007, setting the deadline for Plaintiff to file a motion for summary judgment no later than December 10, 2007, and the deadline for Defendants to file a response/cross motion for summary judgment no later than January 7, 2008 (Dkt. #10).

    WHEREAS Plaintiff filed a motion for summary judgment on December 10, 2007 (Dkt. #18).

    WHEREAS Defendants are continuing to work on administrative action that may moot this lawsuit, and require additional time to prepare a response/cross motion for summary judgment in the event the administrative action is not successful.

    WHEREAS Plaintiff has no objection to continuing the deadline for Defendants to file an response/cross motion for summary judgment for two weeks.

JOINT STIPULATION AND ORDER
TO CONTINUE DEFENDANTS' RESPONSE DATE – 1
(C07-01019-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate
2  and agree that the Court may make and enter the following order:
3  1. Defendants shall file a response/cross motion for summary judgment no later than January 21,
4  2008;
5  2. Plaintiff's response/reply shall be due no later than February 11, 2008;
6  3. Defendants reply shall be due no later than February 25, 2008; and
7  4. The noting date for the parties cross motions shall be February 25, 2008.
8  SO STIPULATED.
9      DATED this 7th day of January, 2008.

    /s/ Bart Klein
    BART KLEIN, WSBA #10909
    Attorney for Plaintiff

SO STIPULATED.

    DATED this 7th day of January, 2008.

    JEFFREY C. SULLIVAN
    United States Attorney

    /s/ Kristin B. Johnson
    KRISTIN B. JOHNSON, WSBA #28189
    Assistant United States Attorney

JOINT STIPULATION AND ORDER
TO CONTINUE DEFENDANTS' RESPONSE DATE – 2
(C07-01019-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

**ORDER**

1  
2  IT IS SO ORDERED.  
3  
4  DATED this 11th day of January, 2008.  
5  
6  
7  
8  
9  RICARDO S. MARTINEZ  
10 UNITED STATES DISTRICT JUDGE  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

JOINT STIPULATION AND ORDER
TO CONTINUE DEFENDANTS' RESPONSE DATE – 3
(C07-01019-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970