Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRINE ADEL AL SAMARRAI and
ADEL A AL SAMARRAI

                Plaintiffs,

v.

ALBERTO R. GONZALES,[1] et al.,

                Defendants.

No. C07-01019-RSM

JOINT STIPULATION AND ORDER DISMISSING ALL CLAIMS OF PLAINTIFF ADEL A AL SAMARRAI

**STIPULATION**

COMES NOW the Plaintiff, ADEL A AL SAMARRAI, by and through his counsel, Bart Klein, and the Defendants, by and through their counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to dismissal of all claims of Plaintiff ADEL A AL SAMARRAI.

WHEREAS this case is an action for a judicial hearing on Plaintiffs' application for naturalization, based on U.S. Citizenship and Immigration Services' ("CIS") alleged delay in adjudicating the matters. See INA § 336(b), 8 U.S.C. § 1447(b).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Michael Mukasey, should be substituted for Alberto Gonzales as a Defendant.

JOINT STIPULATION AND ORDER
DISMISSING ALL CLAIMS OF PLAINTIFF
ADEL A AL SAMARRAI – 1
(C07-01019-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1     WHEREAS the parties have been advised that subsequent to filing of the suit, necessary background checks and investigations have been completed and CIS is now ready to complete its adjudication of, and issuance of a decision on, Plaintiff ADEL A AL SAMARRAI'S application for naturalization.

    NOW THEREFORE, the parties, through their respective counsel of record, HEREBY STIPULATE, AGREE, AND JOINTLY MOVE, that this Court may make the following order:

    1. All claims of Plaintiff ADEL A AL SAMARRAI are DISMISSED WITHOUT PREJUDICE, and without fees or costs to either party.

    2. The pending dispositive motions are stricken as MOOT.

    3. This action is DISMISSED.

SO STIPULATED.

DATED this 7th day of March, 2008.


/s/ Bart Klein
BART KLEIN, WSBA #10909
Attorney for Plaintiff



SO STIPULATED.

DATED this 7th day of March, 2008.


JEFFREY C. SULLIVAN
United States Attorney


/s/ Kristin Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Defendants

JOINT STIPULATION AND ORDER
DISMISSING ALL CLAIMS OF PLAINTIFF
ADEL A AL SAMARRAI – 2
(C07-01019-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

# ORDER

IT IS HEREBY ORDERED that:

1. All claims of Plaintiff ADEL A AL SAMARRAI are DISMISSED WITHOUT PREJUDICE and without fees or costs to either party.

2. The pending dispositive motions are stricken as MOOT.

3. This action is DISMISSED.

DATED this 12th day of March, 2008.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
DISMISSING ALL CLAIMS OF PLAINTIFF
ADEL A AL SAMARRAI – 3
(C07-01019-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970